UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

JAMES GRIMES

                              Plaintiff,

    -v.-
                              Civil Action No.
                              9:04-cv-1491 (GLS/DRH)

GARY GREENE, Superintendent

                              Defendant.
--------------------------------------------------------------------------------

APPEARANCES:                          OF COUNSEL:

**FOR THE PLAINTIFF:**

JAMES GRIMES
Plaintiff Pro Se
No. 02-B-2277
Great Meadow Correctional Facility
Post Office Box 51
11739 State Route 22 - Homer Avenue
Comstock, New York 12821-0051

**FOR THE DEFENDANT:**

HON. ANDREW M. CUOMO              SENTA B. SIUDA, ESQ.
Attorney General for the          Assistant Attorney General
State of New York
615 Erie Boulevard West
Suite 102
Syracuse, New York 13204-2465

GARY L. SHARPE,
U.S. DISTRICT JUDGE

## **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge David R. Homer, duly filed January 5, 2007. Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge David R. Homer filed January 5, 2007 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that the petition for a writ of habeas corpus is DENIED, and it is further

ORDERED, that the Clerk of the Court is to enter judgment in favor of Defendant and close this case.

IT IS SO ORDERED

Dated:   January 25, 2007
         Albany, New York

Gary L. Sharpe
U.S. District Judge